■ JOHN VAN GREMBERGEN, Appellant, v STATE OF NEW YORK, Respondent.—Motion to vacate dismissal of appeal granted on condition appeal is perfected on or before January 8, 1991. Memorandum: Although claimant's excuse for the delay is weak, we note that the abandonment was recent. We strongly advise all appellate counsel that the prudent practice is to move to extend the time to perfect the appeal before the nine-month period has expired *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Boomer, Pine, Balio and Lawton, JJ. (Order entered Nov. 8, 1990.)

■ MARY K. O'CONNELL, Respondent, v MAX JACOBS et al., Appellants.—Motion to dismiss appeal granted *(see, Mauro v Village of Freeport,* 113 AD2d 876; *Cotgreave v Public Adm'r of Imperial County,* 91 AD2d 600); application for leave to appeal denied *(see, Kopstein v City of New York,* 87 AD2d 547). Present—Callahan, J. P., Boomer, Pine, Balio and Lawton, JJ. (Order entered Oct. 31, 1990.)

■ CARPARELLI BROS., INC., Petitioner, v STATE OF NEW YORK et al., Respondents.—Motion to dismiss petition granted *(see, Matter of Piotrowski v Town of Glenville,* 101 AD2d 654). Present—Callahan, J. P., Denman, Green, Boomer and Pine, JJ. (Order entered Oct. 31, 1990.)